RECEIVED
SDNY PRO SE OFFICE
2021 MAR 17 PM 2: 42

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_William Soler · Ortiz_

_____

Write the full name of each plaintiff.

___ CV _10205652_

(Include case number if one has been assigned)

-against-

_D·P·G Group General Contractors_

Do you want a jury trial?

☐ Yes    ☐ No

_____

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_William_                                    _Soler-Ortiz_
First Name              Middle Initial         Last Name

_24 East   109 st Apt # 1A_
Street Address

_Manhattan_              _N.Y._          _10029_
County, City              State          Zip Code

_929-233-2542_
Telephone Number                    Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    _D.P. Group General contractors._
                Name  _902 Allerton Avenue_
Address where defendant may be served
                _Bronx_,          _N.Y._      _10469._
County, City              State          Zip Code

Defendant 2:    _____
                Name

_____
Address where defendant may be served

_____
County, City              State          Zip Code

Page 2

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City          State        Zip Code

## II.   PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

(This is where all incidents happens)

Name   Housing New York apartment Buildings

Address   131 st Lenox Ave.   South-West corner.

County, City          State        Zip Code

## III.   CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below
that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for
employment discrimination on the basis of race, color, religion, sex, or national
origin

The defendant discriminated against me because of my (check only those that
apply and explain):

☒ race:   By been from other country than his. not only with me with others workers too.

☐ color:

☐ religion:

☐ sex:

☒ national origin:   His ignorance set of mind seems to likes the people from his contry only. So once I confront him to leave he alone they send me to diferent location cause he dont want me there.

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: ___/ 9 6 7___

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B.  Other Claims**

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

Page 4

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐ did not hire me

☒ terminated my employment

☐ did not promote me

☐ did not accommodate my disability

☐ provided me with terms and conditions of employment different from those of similar employees

☒ retaliated against me

☒ harassed me or created a hostile work environment

☐ other (specify): _Bullying and rejection and talking down to me and co-workers - but not to the people from his country._

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

DP Group Hire me some the I appreciated in the begining. The supervisor from Ecuador hire me, I was a helper a labor there - Good worker I am. First thing he said the first day (the supervisor Francisco)

He said I gona conduct a drug test and I said ok. But it was a lie, they dont do drug test. That was the first day.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency. Yeah. I made a complaint to NY city human rights but they dont call my witnesess. Or I never see nobody from the office. No one on one - No meeting No by Phone - Nothing.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☐   Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?    _12-16-2019._

☐   No

Have you received a Notice of Right to Sue from the EEOC?

☐   Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?    _January 5, 2021_

When did you receive the Notice?    _____

☐   No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐   direct the defendant to hire me

☐   direct the defendant to re-employ me

☐   direct the defendant to promote me

☐   direct the defendant to reasonably accommodate my religion

☐   direct the defendant to reasonably accommodate my disability

☒   direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

_Well. From the beginine on December 2019 I did make the complain for discriminetion cause I want to teach a lesson to does ignorant people that have issuess they dont even know they have. The company. D.P. Group contratcors hire those guys to be a Fortman and to be in charge of job. but they dont have no education. at all. This 3rd world contry people dont know how to interact with people from other Contries._

_So is the companys fault for having him as a Fortman disrespecting people. Thats how I felt (And Yeah I want money Damage.)_

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 3-14-2021 | William Soler |
| Dated | Plaintiff's Signature |
| William | Soler |
| First Name          Middle Initial | Last Name |
| 24 East    109th st | Apt. # 1A |
| Street Address | |
| Manhattan | N.Y.    10029 |
| County, City | State          Zip Code |
| 929-233-2542. | |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your
> complaint. If you do not consent, please do not attach the form.

# EMPLOYEE TERMINATION LETTER

Date: 12/06/2019

Name of Terminated Employee: William Soler

Address: 24 East 109th Street, Apt #1A

New York, NY 10029

Dear: Mr. William Soler

We regret to inform you that your employment with D.P. Group General Contractors is being terminated
effective ___6 December 2019___ . Your termination is the result of the following reason/s:

(Read) Why should be considered Permanent
Cause I speak up? Cause

Laid off from position due to lack of work at job site. This layoff should be considered permanent. I stop the bull shit

This A Copy
the.
TERmination letter.

*Nobody ever call me or text me from Human rights office: No conference. Nothing.*

*Dont KNOW. How Ms Ortiz Looks like. I think shes Spanish. Never see her face > They dont do not Investigate. They dont call my witnesess, I feel discriminated by the too. "I cant beleived this*

*Some: Ms Ortiz was my Case specialist: But I never speak to her. Never.*

**Division of Human Rights**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

WILLIAM SOLER,

Complainant,

v.

DPGROUP GENERAL CONTRACTORS,

Respondent.

Federal Charge No. 16GC001201

DETERMINATION AND
ORDER AFTER
INVESTIGATION

Case No.
10205652

---

On 12/16/2019, William Soler filed a verified complaint with the New York State Division of Human Rights ("Division") charging the above-named respondent with an unlawful discriminatory practice relating to employment because of opposed discrimination/retaliation in violation of N.Y. Exec. Law, art. 15 (Human Rights Law).

After investigation, and following opportunity for review of related information and evidence by the named parties, the Division has determined that there is NO PROBABLE CAUSE to believe that the respondent has engaged in or is engaging in the unlawful discriminatory practice complained of. This determination is based on the following:

The Complainant, who alleged that he opposed discrimination, stated that the foreman from Ecuador, mistreats people and talks to people the way he feels like talking to them. The Complainant stated that when he started working there, his co-workers told him that the foreman makes people leave and makes people quit. The Complainant stated that if the foreman does not like you for whatever reason, he makes your life miserable to the point that a Dominican co-

## DISMISSAL AND NOTICE OF RIGHTS

To: **William Soler**
**24 East 109th, Apt. #1A**
**New York, NY 10029**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

[ ] *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2020-01201 | **Holly M. Shabazz,** **State & Local Program Manager** | **(929) 506-5316** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

January 5, 2021

Enclosures(s)

**Judy A. Keenan,**
**District Director**

*(Date Issued)*

cc:

**Attn: Director of Human Resources**
**D.P. GROUP GENERAL CONTRACTORS**
**902 Allerton Avenue**
**Bronx, NY 10469**

*This is a Copy*

*Page I*    *Pagina 1*

I started working and Fracisco the supervisor introduce me to the fortman name: Fabian who is also from Ecuador. My co-workers there tell me the all story about this guy. Fabian and how he do. He was the one in charge: ok? No good.
They tell me that if he didnt like you for what ever reason, he make you live miserable and he make you quit. also how unfair he was, but with the guys from his country - He was good to them.
How he yell at people specialy to african-american the were working there. Puerto Rican were working there too. I'm Puerto rican by the way.

They told me about a phisycal fight he had whit a guy from Dominican Republic before I got there I witness how he speak to the same guy the dominican who was still there and he tell me. wow this fucking guy. I have to report him but I dont want to loose my job. → continue.

Page 2.    Pagina 2.

OK: After a month that i was there said

the supervisor francisco told me that the Fortman

Fabian said that i was no good and that he dont

want me. I said what? What you said? You are

the supervisor. Im a good worker and you know

that. Whats going on?

What happend is that was my turn. He start it making

my life miserable after he told francisco that i

was no good. He start rushing me a telling me

that i was like the rest of guys like. dont know

How to work, yelling at me and talking down to me.

He start it doing it with me. Giving me evil looks. Wou

One day he embares me in front of everybody abaut

a job i had finish. He said this wrong, "all you

know is how to use drugs, thats what you are good

for any ways. I said, What yo'said. Listen

you cant disrespect me like that, what is your

Problem?

And he destroy the work I was doing ──→ And.

He has a assistance guy. A mexican guy was his assistance them both yell at the workers. Not his people do.

Look. I have a machine operator. The machine operator - "A Jamaican guy" had a problem with him too, and punch him on the face. Thats a different story.

OK. After 3 months of this guys I cant take it Any more and confront him.

Another Puerto rican is coming down the stairs saying is gone wait for him out side to break his face too. And said to him, take it easy dont pay no mind. The next day he start with me telling me. Ah you are like the other. you gone go with him too. wow - I can see hate in his look. They try to fired me and let me out. They fired the other puerto Rican. The african guy good worker from Africa - Guinea
or
Ghana some like that.

Page 4  Pagina 4.

Look. The thing is this.

I never did this. I know this companys are not good, constrution is crazy. They yell sometime they dont pay. They dont pay overtime They dont pay good. But thats another story.

I know.

But the thing is I confront him that day and flip. I told him to stop fucking with me. To stop doing us. that I curse at him.

And he star smileym, and showing his middle finger that his the one in charge if I dont like it there is the exit. He want me out. He dont want cause I confront him. And they were hiring new guy from his country. * Human rights never call my witneses.

Here I give you a list of my co-workers. He mess with them too.

| Name | Description | Number |
|---|---|---|
| DAvid | An african american worker knows better | His number 347-678-5922 |
| JAmal | A african guy from Ghana. | 347-909-6489 |
| Jose | A guy from Honduras. He only speak Spanish. | 347-737-5991 |
| Jamaica | Machine operator. From Jamaica. Has a fight with the same Fortman - Fabian - He witness the day I confront the 1 fortman, He was there | 646-872-4723. |



From:
William Soler
24 East 109 st Apt # 1-A
New York N.Y. 10029

To: United States District Court
Southern
500 Pearl Street,
New York N.Y. 10007.
Attn: Pro Se intake.

RECEIVED
SDNY PRO SE OFFICE
2021 MAR 17 PM 2:42