UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SOLER-ORTIZ,

        Plaintiff,

    -v.-

D.P. GROUP GENERAL CONTRACTORS/DEVELOPERS INC.,

        Defendant.

21 Civ. 2373 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    As stated at the telephonic pre-motion conference held on today's date, Defendant shall file its opening motion to dismiss and supporting papers on or before **September 9, 2022**. Plaintiff shall file his opposition brief, if any, on or before **October 21, 2022**. Defendant shall file its reply brief, if any, on or before **November 14, 2022**. Further, Defendant shall mail copies of both its motion papers and all cases cited therein to Plaintiff's address of record.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

    SO ORDERED.

Dated: July 19, 2022
       New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge